*November 20, 1945.*

KUMM, Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & TRANSPORT COMPANY, Defendant: WEST SIDE COAL COMPANY and another, Appellants.

For the appellants: *Bender, Trump & McIntyre,* attorneys, and *Eugene L. McIntyre* of counsel, all of Milwaukee.

For the respondent: *Robert A. Hess,* attorney, and *Bertram Hoffman* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.